IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

**MARY DAVIS**                                                                              **PLAINTIFF**

VS.                                    **CASE NO. 2:15CV00146 PSH**

**CAROLYN W. COLVIN, Acting Commissioner,**
     **Social Security Administration**                              **DEFENDANT**

## JUDGMENT

It is CONSIDERED, ORDERED, and ADJUDGED that this case be and it hereby is dismissed with prejudice.  The relief sought is denied.

DATED this 23rd day of May, 2016.

_____
UNITED STATES MAGISTRATE JUDGE